Mitchell J. Popham, SBN 126194
mpopham@lockelord.com
Kelly S. Sinner, SBN 252515
ksinner@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
Telephone:    213.485.1500
Facsimile:    213.485.1200

Attorneys for Plaintiff
**GREAT AMERICAN LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   **'08 CV 0291 WQH BLM**

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive, <br><br> Defendants. | CASE NO. <br><br> **NOTICE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

ORIGINAL

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119

FILED

2008 FEB 14 PM 12: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1.  AAG Holding Company, Inc.;

2.  Great American Financial Resources, Inc.;

3.  Great American Life Insurance Company; and,

4.  American Financial Group, Inc.

Dated: February 13, 2008          Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By: _____
    Mitchell J. Popham
    Kelly S. Sinner
    Attorneys for Plaintiff **GREAT AMERICAN LIFE INSURANCE COMPANY**

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA, 90071-3119

NOTICE OF INTERESTED PARTIES