AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### SOUTHERN District of CALIFORNIA

GREAT AMERICAN LIFE INSURANCE
COMPANY

V.

MARJORIE ANN BROCK, an individual; MARJORIE
ANN BROCK, as trustee of the BROCK FAMILY
TRUST OF 1989; MARJORIE ANN BROCK, as
trustee of the MILON L. BROCK and MARJORIE
ANN BROCK LIVING TRUST, Dated December 15,
2004; MARJORIE ANN BROCK , as executor of the
ESTATE OF MILON LYLE BROCK; and DOES 1
through 10, Inclusive.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CV 0291 WQH BLM

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Popham (SBN 126194)
mpopham@lockelord.com
Kelly S. Sinner (SBN 252515)
ksinner@lockelord.com
LOCKE LORD BISSELL & LIDDELL, LLP
300 South Grand Avenue, 8th Floor
Los Angeles, CA 90071;
(213) 485-1500; Fax: (213) 485-1200

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

FEB 1 4 2008

W. SAMUEL HAMRICK, JR.

| CLERK | DATE |
|---|---|
| J. PARIS | |

(By) DEPUTY CLERK