Mitchell J. Popham, SBN 126194
mpopham@lockelord.com
Kelly S. Sinner, SBN: 252515
ksinner@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
Telephone:   213.485.1500
Facsimile:    213.485.1200

Attorneys for Plaintiff
**GREAT AMERICAN LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DEPOSIT FUNDS**<br><br>Date:　March 31, 2008<br>Time:　11:00 a.m.<br>Place:　Courtroom 4 (Fourth Floor)<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>[Filed concurrently with Memorandum of Points and Authorities, and Declaration of Kelly S. Sinner] |

TO THE COURT, TO DEFENDANTS AND TO THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Great American Life Insurance Company ("GALIC") in the above-entitled interpleader action moves this Court for an Order granting the deposit of funds with the Clerk of the District Court, which represents the face value of the death benefits due under the life insurance policy at issue, along with any unprocessed premium, unapplied cash, and accrued interest. This motion is made pursuant to Federal Rules of Civil Procedure Rule 67 on the ground that GALIC is entitled to deposit said funds with the court because GALIC claims no further interest

1 in the policy proceeds, and GALIC is or may be exposed to multiple liability because of competing
2 demands upon GALIC for the proceeds of the subject insurance policy.
3     GALIC's motion is and will be based on this notice of motion and motion, on the
4 memorandum of points and authorities and declaration of Kelly S. Sinner attached hereto, on the
5 papers and pleadings on file herein, and on any such other matters as may be presented to the Court
6 in conjunction with this motion and/or at any hearing, if any, held on this motion.

Dated: February 26, 2008

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By:   s/Mitchell J. Popham
       Mitchell J. Popham
       Kelly S. Sinner
Attorneys for Plaintiff **GREAT AMERICAN LIFE INSURANCE COMPANY**

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, Eighth Floor**
**Los Angeles, CA, 90071-3119**