Mitchell J. Popham, SBN 126194
mpopham@lockelord.com
Kelly S. Sinner, SBN: 252515
ksinner@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
Telephone:   213.485.1500
Facsimile:    213.485.1200

Attorneys for Plaintiff
**GREAT AMERICAN LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**DECLARATION OF KELLY S. SINNER IN SUPPORT OF MOTION TO DEPOSIT FUNDS**<br><br>Date:   March 31, 2008<br>Time:  11:00 a.m.<br>Place:  Courtroom 4 (Fourth Floor)<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

Plaintiff Great American Life Insurance Company ("GALIC") submits the following declaration of Kelly S. Sinner, Esq. in support of its Motion to Deposit Funds.

///

///

///

///

///

## DECLARATION OF KELLY S. SINNER

I, Kelly S. Sinner, declare as follows:

1. I have personal knowledge of each matter stated herein for the following reasons: I am an associate employed by Locke Lord Bissell & Liddell LLP, attorneys for plaintiff Great American Life Insurance Company ("GALIC"), and am one of the attorneys representing GALIC in this action.

2. On or about February 14, 2008, GALIC initiated an action for interpleader, United States District Court for the Southern District of California Case No. 08cv0291 WQH BLM, by way of a complaint that I had prepared on its behalf.

3. On or about February 20, 2008, on behalf of GALIC, I arranged for the summons and a copy of all documents filed with the Court on February 14, 2008, as well as a waiver of service form, to be delivered to counsel representing all named defendants (i.e., Marjorie Ann Brock in all her capacities), whom I understand either previously asserted a demand for the life insurance policy proceeds which are the subject of GALIC's interpleader action or of whom might be entitled to all or any portion of those proceeds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on February 26, 2008.

_____
Kelly S. Sinner