Mitchell J. Popham, SBN 126194
mpopham@lockelord.com
Kelly S. Sinner, SBN: 252515
ksinner@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
Telephone:    213.485.1500
Facsimile:    213.485.1200

Attorneys for Plaintiff
**GREAT AMERICAN LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive, <br><br> Defendants. | CASE NO. 08cv0291 WQH BLM <br><br> **CERTIFICATE OF SERVICE RE PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DEPOSIT FUNDS; MEMORANDUM OF POINTS AND AUTHORITIES; AND, DECLARATION OF KELLY S. SINNER** |

I, Griselda Mayorga, certify and declare as follows:

1.      I am over the age of 18 years and not a party to this action.

2.      My business address is 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, which is located in the city, county and state where the service described below took place.

3.      On February 26, 2008, Defendants' counsel listed below was served a copy of the following documents via U.S. Mail at the address set forth below:

1

CERTIFICATE OF SERVICE

08cv0291 WQH BLM

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA, 90071-3119

1. PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DEPOSIT FUNDS;

2. PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DEPOSIT FUNDS;

3. DECLARATION OF KELLY S. SINNER IN SUPPORT OF MOTION TO DEPOSIT FUNDS; AND,

4. [PROPOSED] ORDER.

David D. Clark, Esq.
Higgs Fletcher & Mack
410 West A Street, Suite 2600
San Diego, CA 92101
Tel: 619.236.1551
Fax: 619.696.1410
E-Mail: drclark@higgslaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2008 at Los Angeles, California.

GRISELDA MAYORGA