DAVID R. CLARK, ESQ. (Bar No. 081675)
drclark@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX: 619.696.1410

Attorneys for all Defendants
Marjorie Ann Brock, et al.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1-10, inclusive, ,<br><br>            Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**ALL DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE/OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSIT FUNDS**<br><br>Date:  March 31, 2008<br>Time:  11:00 a.m.<br>Place:  Courtroom 4<br><br>Before the Honorable:<br>United States District Judge<br>William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

## I.

## INTRODUCTION

Defendant Marjorie Ann Brock, in all of her capacities as sued by plaintiff, Great American Life Insurance Company, in this case, respectfully submits her memorandum of points and authorities in response/opposition to plaintiff's motion to deposit funds.  For the reasons set forth here, Mrs. Brock contends that this interpleader action was premature

850141.1

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

ALL DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN RESPONSE/OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSIT FUNDS

1  and unnecessary, since there are no "conflicting claims" to the subject life insurance
2  policy proceeds now due and payable as the result of the recent death of her husband.
3  Accordingly, the pending motion to deposit those funds should either be denied or
4  deferred at the present time.  At a minimum, Mrs. Brock wishes to place her objections of
5  record now, in anticipation of opposing any future motions by plaintiff for attorneys' fees
6  and costs to be sought presumably from the life insurance policy proceeds, since those
7  fees and costs were unwarranted and did not have to be incurred in the first place, and in
8  the event of any dispute over interest accrual or an appropriate return on investment if the
9  insurance policy proceeds remain held hostage.

## II.

### THE MOTION TO DEPOSIT FUNDS SHOULD EITHER BE DENIED OR ENTERED CONDITIONALLY WITHOUT PREJUDICE TO MRS. BROCK'S ABILITY TO CONTEST ANY SUBSEQUENT MOTION FOR FEES AND COSTS

13  Undersigned counsel of record for Mrs. Brock acknowledged and waived service
14  of summons on her.  Accordingly, an answer or responsive pleading to the interpleader
15  complaint is not due from Mrs. Brock until April 21, 2008.
16  However, it is the position and Mrs. Brock wishes to go of record that this
17  interpleader action initiated by plaintiff was premature, if not completely unnecessary.
18  There were and are no "conflicting" claims to the life insurance policy proceeds now due
19  as the result of the recent death of her husband.
20  The sufficiency of a complaint in interpleader may be challenged.  See, Hancock
21  Oil Company v. Hopkins (1944) 24 Cal 2d 497, 511-512.  Even if this interpleader
22  complaint is deemed technically sufficient for pleading purposes, the propriety of any
23  remedy may still be challenged by appropriate denials or affirmative defenses in the
24  answer.  See, Continental National Bank v. Stoltz (1920) 46 Cal. App. 532, 535-536.
25  Accordingly, Mrs. Brock necessarily must appear in this action and set forth her
26  position on the record at the present time, in order to avoid any future waiver or estoppel
27  from contesting any aspect of this interpleader action in the future.  Although FRCP Rules
28  22 and 67 allow for interpleader actions and deposit of funds in court, such an action is

850141.1                           2
HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO
ALL DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN RESPONSE/OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSIT FUNDS

1 premised upon a genuine and good faith dispute over funds held by such a plaintiff in a
2 legitimate case.
3     Here, the subject life insurance policy on the decedent listed Mrs. Brock as the
4 owner and their 1989 Family Trust as the sole beneficiary. (See, complaint at paragraph
5 no. 11). Mrs. Brock and her husband, while he was alive, amended their Family Trust and
6 replaced the 1989 Trust with a 2004 Trust. (See, complaint at paragraph no. 13).
7     Regardless, however, Mrs. Brock remained the trustee and sole beneficiary of their
8 family trust, the estate and the subject life insurance policy. In all of the capacities in
9 which she has sued here, Mrs. Brock remains the only person entitled to the life insurance
10 policy proceeds.
11     Accordingly, her position is that this interpleader action was premature and
12 unnecessary. Therefore, this motion to deposit the funds may also be premature and
13 unnecessary.
14     Mrs. Brock respectfully urges the court to deny or defer ruling on this motion for
15 those reasons. Alternatively, if the motion is granted and the funds are deposited with the
16 court, Mrs. Brock wishes to go on record and advise the court that she will resist and
17 oppose any future motion for fees and costs by plaintiff or its counsel of record. There
18 may also be issues concerning accrual of interest or an appropriate note of return on
19 insurance policy proceeds while they are being held hostage here.

## III.
## CONCLUSION

22     For anyone or more of the foregoing reasons, Mrs. Brock respectfully requests that
23 the court rule on this motion commensurate with the positions she has taken in this brief.

24 DATED: March 17, 2008              HIGGS, FLETCHER & MACK LLP

26     By:/s/David R. Clark
27     DAVID R. CLARK, ESQ.
    Attorneys for all Defendants
28     Marjorie Ann Brock, et al.

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

850141.1    3
ALL DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN RESPONSE/OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSIT FUNDS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

850141.1    4

ALL DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN RESPONSE/OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSIT FUNDS