Mitchell J. Popham, SBN 126194
mpopham@lockelord.com
Kelly S. Sinner, SBN: 252515
ksinner@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
Telephone: 213.485.1500
Facsimile: 213.485.1200

Attorneys for Plaintiff
**GREAT AMERICAN LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSIT FUNDS** |

I, Carolyn White, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

---

Certificate of Service of Memo of Ps & As in Reply to Defendants' Opposition to Plaintiff's Motion to Deposit Funds
08cv0291 WQH BLM

2. My business address is Locke Lord Bissell & Liddell, LLP, 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, which is located in the city, county and state where the service described below took place.

3. On March 24, 2008, all Defendants' counsel listed below, as a registered user, was electronically served a copy of the following documents:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSIT FUNDS**

David Robert Clark, Esq. (Bar No. 081675)
drclark@higgslaw.com
HIGGS, FLETCHER & MACK, LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Tel: 619.236.1551
Fax: 619.696.1410

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2008 at Los Angeles, California.

Carolyn White

LA 596910v.1

**White, Carolyn**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Monday, March 24, 2008 10:58 AM |
| **To:** | casd.uscourts.gov@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-00291-WQH-BLM Great American Life Insurance Company v. Brock et al Motion to Deposit Funds |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**Southern District of California**

**Notice of Electronic Filing**

The following transaction was entered by Sinner, Kelly on 3/24/2008 at 10:57 AM PDT and filed on 3/24/2008

**Case Name:** Great American Life Insurance Company v. Brock et al
**Case Number:** 3:08-cv-291
**Filer:** Great American Life Insurance Company
**Document Number:** 13

**Docket Text:**
MOTION to Deposit Funds *Reply* by Great American Life Insurance Company. (Sinner, Kelly)

**3:08-cv-291 Notice has been electronically mailed to:**

David Robert Clark    drclark@higgslaw.com, castruitai@higgslaw.com

Mitchell J Popham    mpopham@lockelord.com

Kelly S. Sinner    ksinner@lockelord.com, cwhite@lockelord.com

**3:08-cv-291 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/24/2008] [FileNumber=2493963-0
] [2c035c19c26b484fe58c8d0f1e3bf5f0880b6c3275103defcb3f93b6283cb1bd951
c1d17d3e467503d10fc2f93747bc8a4561ad6ba2ac08f0c9fa6193c5308d6]]

3/24/2008