**PROOF OF SERVICE**

I, David R. Clark, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San Diego, California  92101-7913.  On April 22, 2008, I served the within documents, with all exhibits (if any):

**ANSWER BY ALL DEFENDANTS TO PLAINTIFF'S COMPLAINT FOR INTERPLEADER AND INJUNCTIVE RELIEF**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, addressed as set forth below.

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Mitchell J. Popham, Esq.
mpopham@lockelord.com
Kelly S. Sinner, Esq.
ksinner@lockelord.com
LOCKE LORD BISSELL & LIDDELL LLP
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
Telephone:  213.485.1500
Facsimile:  213.485.1200

**Plaintiff**
GREAT AMERICAN LIFE
INSURANCE COMPANY

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 22, 2008, at San Diego, California.

/s/David R. Clark
DAVID R. CLARK

855560.1