FILED
08 MAY 12 AM 9:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**NUNC PRO TUNC**
MAY 0 8 2008

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1-10, inclusive, ,<br><br>　　　　　Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**STIPULATION RESETTING EARLY NEUTRAL EVALUATION CONFERENCE** |

Based on prior scheduling conflicts of counsel for Defendants, and good cause appearing therefore, **IT IS HEREBY STIPULATED AND AGREED** by all parties that the Early Neutral Evaluation Conference hearing ("ENE") shall be rescheduled from May 28, 2008 to June 11, 2008 at 1:30 p.m. in the Chambers of the Honorable Barbara L. Major, United States Magistrate Judge, located at 940 Front Street, Suite 5140, San Diego, California 92101; that the confidential ENE statements shall be submitted no later than five (5) court days prior to the rescheduled ENE

857976.1

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION RESETTING EARLY NEUTRAL EVALUATION CONFERENCE

1  conference hearing; and that all other requirements of the Notice and Order setting Early Neutral
2  Evaluation Conference filed on April 29, 2008, shall remain in full force and effect.

3
4  DATED: May 8, 2008                    HIGGS, FLETCHER & MACK LLP
5
                                          By: *(signature)*
6                                             DAVID R. CLARK, ESQ.
                                              Attorney for All Defendants
7                                             MARJORIE ANN BROCK, et. al.

8
9  DATED: May 8, 2008                    LOCKE, LORD, BISSELL & LIDDELL, LLP
10
                                          By: *(signature)*
11                                            KELLY S. SINNER, ESQ.
                                              Attorney for Plaintiff
12                                            GREAT AMERICAN LIFE INSURANCE
                                              COMPANY
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

857976.1                                  2
         STIPULATION RESETTING EARLY NEUTRAL EVALUATION CONFERENCE

Received  05-08-08  02:48pm  From-2134851200   To-HF&M PY8971389   Page 003