UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> MARJORIE ANN BROCK, as an individual; as trustee of the Brock Family Trust of 1989; as trustee of the Milon L. Brock and Marjorie Ann Brock Living Trust Dated December 15, 2004; as executor of the Estate of Milon L. Brock; DOES 1-10, inclusive, <br><br> Defendants. | Case No. 08cv291-WQH (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** <br><br> [Doc. No. 18] |

///
///
///
///
///
///
///
///

1     On May 12, 2008, parties to the above matter jointly moved to continue the Early Neutral Evaluation Conference ("ENE") set for May 28, 2008.  Doc. No. 18.  The parties' motion is **GRANTED**.  The ENE is continued to **June 11, 2008** at **1:30 p.m.**  ENE statements, as described in this Court's previous order (Doc. No. 16), shall be submitted no later than five (5) court days prior to the conference. All other requirements set forth in this Court's Notice and Order Setting Early Neutral Evaluation Conference, id., remain in effect. All other dates and deadlines remain as previously set.

    **IT IS SO ORDERED.**

DATED: May 12, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL