Mitchell J. Popham, SBN 126194
mpopham@lockelord.com
Kelly S. Sinner, SBN: 252515
ksinner@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
Telephone: 213.485.1500
Facsimile: 213.485.1200

Attorneys for Plaintiff
**GREAT AMERICAN LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**PLAINTIFF'S NOTICE OF DEPOSIT** |

Plaintiff Great American Life Insurance Company hereby submits a check in the total amount of $1,022,751.43 for deposit with this Court in conjunction with the Court's May 14, 2008 Order to Deposit Funds.

Dated: May 27, 2008

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By: _[signature]_
Mitchell J. Popham
Kelly S. Sinner
Attorneys for Plaintiff **GREAT AMERICAN LIFE INSURANCE COMPANY**

1

NOTICE OF DEPOSIT

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | **PROOF OF SERVICE** |
| COUNTY OF LOS ANGELES | ) ss. | |

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 300 South Grand, Suite 800, Los Angeles, CA 90071-3119. On May 27, 2008, I served the foregoing document described as:

### PLAINTIFF'S NOTICE OF DEPOSIT

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list).

☐ **BY PERSONAL SERVICE.** I placed ___ the original or ___ a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

☐ **BY FACSIMILE TRANSMISSION.** I caused ___ the original or ___ a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY MAIL.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand, Suite 800, Los Angeles, CA 90071-3119. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☑ **BY E-MAIL.** I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address on the attached service list as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY EXPRESS MAIL.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand, Suite 800, Los Angeles, CA 90071-3119. Each envelope was mailed with Express Mail postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☐ **BY FEDERAL EXPRESS.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped or package designated by Federal Express with delivery fees paid or provided for, individually addressed to each of the parties on the attached service list, and caused such envelope or package to be delivered at 300 South Grand, Suite 800, Los Angeles, CA 90071-3119, to an authorized courier or driver authorized by Federal Express to receive documents.

☑ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on May 27, 2008, at Los Angeles, California.

                                                             _/s/ Carolyn White_
                                                            Carolyn White

**SERVICE LIST**

David R. Clark, Esq.
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Tel:   (619) 236-1661
Fax:   (619) 696-1410
drclark@higgslaw.com
*Attorneys for all Defendants*
**MARJORIE ANN BROCK, et al.**

LA 601185v.1

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | **PROOF OF SERVICE** |
| COUNTY OF LOS ANGELES | ) ss. | |

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 300 South Grand, Suite 800, Los Angeles, CA 90071-3119. On May 27, 2008, I served the foregoing document described as:

**PLAINTIFF'S NOTICE OF DEPOSIT**

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list).

☐ **BY PERSONAL SERVICE.** I placed ___ the original or ___ a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

☐ **BY FACSIMILE TRANSMISSION.** I caused ___ the original or ___ a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY MAIL.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand, Suite 800, Los Angeles, CA 90071-3119. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☐ **BY E-MAIL.** I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address on the attached service list as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY EXPRESS MAIL.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand, Suite 800, Los Angeles, CA 90071-3119. Each envelope was mailed with Express Mail postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☑ **BY FEDERAL EXPRESS.** I placed _X_ the original or ___ a true copy of the foregoing document in a sealed enveloped or package designated by Federal Express with delivery fees paid or provided for, individually addressed to each of the parties on the attached service list, and caused such envelope or package to be delivered at 300 South Grand, Suite 800, Los Angeles, CA 90071-3119, to an authorized courier or driver authorized by Federal Express to receive documents.

☑ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on May 27, 2008, at Los Angeles, California.

                                                            _/s/ Carolyn White_
                                                            Carolyn White

**SERVICE LIST**

United States District Court, Southern District of California
Attn: Financial Department/Cashier's Window
Suite 4290
880 Front Street
San Diego, California  92101
(619) 805-6826
**[Check Deposited With Financial Dept. via Federal Express]**

LA 601185v.1

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

    #  151345     -- MB
    * * C O P Y * *
        May 29, 2008
          12:13:50


              Registry
USAO #.: 08CV0291
Judge..: WILLIAM Q HAYES
Amount.:              $1,022,751.43 CK
Check#.: BC0030039446



        Total->  $1,022,751.43



FROM: GREAT AMERICAN LIFE INSURANCE
      VS BROCK ET AL.
      NOTICE OF DEPOSIT
```