UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> MARJORIE ANN BROCK, as an individual; as trustee of the Brock Family Trust of 1989; as trustee of the Milon L. Brock and Marjorie Ann Brock Living Trust Dated December 15, 2004; as executor of the Estate of Milon L. Brock; DOES 1-10, inclusive, <br><br> Defendants. | Case No. 08cv291-WQH (BLM) <br><br> **ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

///
///
///
///
///
///
///
///

1  On June 11, 2008, the Court convened an Early Neutral Evaluation Conference in the above matter. The case tentatively settled at this conference. Therefore, in order to verify completion of the settlement, an <u>attorneys-only</u> telephonic Case Management Conference shall be held **July 2, 2008** at **9:15 a.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **Counsel shall appear telephonically**. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: June 11, 2008

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL