Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
Kelly S. Sinner (SBN: 252515)
ksinner@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand, Suite 800
Los Angeles, CA 90071
Telephone:   213.485.1500
Facsimile:    213.485.1200

Attorneys for Plaintiff
**GREAT AMERICAN LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio corporation,<br><br>                                  Plaintiff,<br><br>vs.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive,<br><br>                                  Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**JOINT MOTION OF PARTIES FOR DISBURSEMENT OF FUNDS, DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION, AND RECOVERY OF ATTORNEYS' FEES**<br><br>[Notice of Joint Motion Filed Concurrently Herewith; Proposed Order Filed Directly With Court]<br><br>Hon. William Q. Hayes |

Following resolution of the captioned matter at the Early Neutral Evaluation Conference on June 11, 2008 before Magistrate Judge Barbara L. Major, Plaintiff Great American Life Insurance Company ("GALIC") and Defendants Marjorie Ann Brock, an individual, Marjorie Ann Brock, in her capacity as Trustee for the Brock Family Trust of 1989, Marjorie Ann Brock, in her capacity as Trustee for the Milon L. Brock and Marjorie Ann Brock Living Trust dated December 15, 2004, Marjorie Ann Brock, in her capacity as Executor of the Estate of Milon Lyle Brock (collectively, "the Parties") hereby agree, stipulate, and jointly move for disbursement of funds deposited with the

Clerk of the United States District Court for the Southern District of California, discharge of stakeholder GALIC in the interpleader action, and GALIC's recovery of attorneys' fees. The Parties have entered this stipulation for a joint motion for good cause to reflect the Parties' intention to completely resolve this interpleader action and any and all claims to the subject death benefits at issue.

Thus, the Parties agree and jointly move the Court for the following:

1. That GALIC is entitled to recover $8,000.00 for its attorneys' fees and costs from the total death benefits of $1,022,751.43 already deposited with the Clerk of the United States District Court for the Southern District of California, leaving a principal balance of $1,014,751.43 on deposit with the Court and a concurrently undetermined amount of interest;

2. That Marjorie Ann Brock will receive principal balance of $1,014,751.43 on deposit with the Court and a concurrently undetermined amount of interest;

3. That the Clerk of the Court will disburse the sum of $8,000.00 to be made payable to the trust account of counsel for GALIC: LOCKE LORD BISSELL & LIDDELL LLP Attorney Client Trust Account, at 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, Attention: Mitchell J. Popham;

4. That the Clerk of the Court will disburse the principal balance of $1,014,751.43, as well as the interest accrued since the proceeds have been in the court's custody, to be made payable to the trust account of counsel for Marjorie Ann Brock: HIGGS, FLETCHER & MACK LLP Attorney Client Trust Account, at 401 West A Street, Suite 2600, San Diego, California 92101-7910, Attention: David R. Clark;

5. That, as per Local Rule 67.1, the Clerk of the United States District Court for the Southern District of California receive ten percent (10%) of the interest earned since the proceeds have been in the court's custody;

6. That the life insurance policy issued on the life of Milon L. Brock, GALIC

Policy No. EM2126794 (the "Policy"), is considered to be and deemed surrendered and considered void and of no further legal effect;

7. That, pursuant to 28 U.S.C. § 2361, GALIC be discharged with prejudice from any further liability to any or all of the Defendants named herein under the allegations of the complaint, and/or any potential claimants to the death benefits under the Policy;

8. That GALIC be discharged and relieved of further responsibility in said action;

9. That Defendants named herein under the allegations of the complaint, and/or any potential claimants to the death benefits under the Policy be permanently enjoined from further assertion of any claims relating to the Policy or to the death benefits under the Policy deposited heretofore with the Clerk of the United States District Court for the Southern District of California;

10. That the Interpleader Action shall be dismissed as to all Defendants, with prejudice;

11. That the Parties waive any right to appeal or collaterally attack the actual judgment or prevent its enforcement; and

12. That each Party will bear its own costs and fees incurred in connection with said action.

The Parties respectfully request on this showing of good cause that the Court enter an order to allow for disbursement of funds deposited with the Clerk of the United States District Court for the Southern District of California, discharge of stakeholder GALIC in the interpleader action, and GALIC's recovery of attorneys' fees.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: June 20, 2008 | Respectfully submitted, |
| 2 | | LOCKE LORD BISSELL & LIDDELL LLP |
| 4 | | By:   s/ Kelly S. Sinner |
| 5 | | Mitchell J. Popham |
| | | Kelly S. Sinner |
| 6 | | Attorneys for Plaintiff GREAT AMERICAN LIFE INSURANCE COMPANY |
| 8 | Dated: _____, 2008 | HIGGS, FLETCHER & MACK LLP |
| 10 | | By: _____ |
| | | David R. Clark |
| 11 | | Attorneys for Defendants MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK |

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA, 90071-3119

1 Dated: _____, 2008    Respectfully submitted,

2    LOCKE LORD BISSELL & LIDDELL LLP

4    By: _____
5        Mitchell J. Popham
    Kelly S. Sinner
6    Attorneys for Plaintiff GREAT AMERICAN LIFE INSURANCE COMPANY

7 Dated: June 20, 2008    HIGGS, FLETCHER & MACK LLP

10    By: _____
    David R. Clark
11    Attorneys for Defendants MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK

4
Joint Motion for Disbursement of Funds, Etc.
08cv0291 WQH BLM