Mitchell J. Popham, SBN 126194
mpopham@lockelord.com
Kelly S. Sinner, SBN: 252515
ksinner@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
Telephone: 213.485.1500
Facsimile: 213.485.1200

Attorneys for Plaintiff
**GREAT AMERICAN LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive,<br><br>             Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**CERTIFICATE OF SERVICE OF JOINT MOTION OF PARTIES FOR DISBURSEMENTS OF FUNDS, DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION, AND RECOVERY OF ATTORNEYS' FEES** |

I, Melissa Popham, certify and declare as follows:

1.      I am over the age of 18 years and not a party to this action.

1

Certificate of Service of Joint Motion of Parties for Disbursement of Funds, Discharge of Stakeholder in Interpleader
Action, and Recovery of Attorneys' Fees                                                                08cv0291 WQH BLM

2. My business address is Locke Lord Bissell & Liddell, LLP, 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, which is located in the city, county and state where the service described below took place.

3. On June 20, 2008, all Defendants' counsel listed below, as a registered user, was electronically served a copy of the following documents:

**JOINT MOTION OF PARTIES FOR DISBURSEMENT OF FUNDS, DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION, AND RECOVERY OF ATTORNEYS' FEES**

David Robert Clark, Esq. (Bar No. 081675)
drclark@higgslaw.com
HIGGS, FLETCHER & MACK, LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Tel: 619.236.1551
Fax: 619.696.1410

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2008 at Los Angeles, California.

*Melissa Popham*
Melissa Popham

LA 603026v.1