Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
Kelly S. Sinner (SBN: 252515)
ksinner@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand, Suite 800
Los Angeles, CA  90071
Telephone:   213.485.1500
Facsimile:     213.485.1200

Attorneys for Plaintiff
**GREAT AMERICAN LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**NOTICE OF JOINT MOTION OF PARTIES FOR DISBURSEMENT OF FUNDS, DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION, AND RECOVERY OF ATTORNEYS' FEES**<br><br>[Joint Motion Filed Concurrently Herewith; Proposed Order Filed Directly With Court]<br><br>**Hon. William Q. Hayes** |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Great American Life Insurance Company ("GALIC") and Defendants Marjorie Ann Brock, an individual, Marjorie Ann Brock, in her capacity as Trustee for the Brock Family Trust of 1989, Marjorie Ann Brock, in her capacity as Trustee for the Milon L. Brock and Marjorie Ann Brock Living Trust dated December 15, 2004, Marjorie Ann Brock, in her capacity as Executor of the Estate of Milon Lyle Brock (collectively, "the Parties") hereby agree, stipulate, and jointly move for disbursement of funds deposited with the Clerk of the

United States District Court for the Southern District of California, discharge of stakeholder GALIC in the interpleader action, and GALIC's recovery of attorneys' fees.

The Parties' joint motion is and will be based on this notice of motion and motion, on the memorandum of points and authorities filed concurrently herewith, on the papers and pleadings on file herein, and on any such other matters as may be presented to the Court in conjunction with this motion and/or at any hearing, if any, held on this motion.

Dated: June 20, 2008

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By: ___s/ Kelly S. Sinner___
   Mitchell J. Popham
   Kelly S. Sinner
Attorneys for Plaintiff GREAT AMERICAN LIFE INSURANCE COMPANY

Dated: _____, 2008

HIGGS, FLETCHER & MACK LLP

By: _____
   David R. Clark
Attorneys for Defendants MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK

United States District Court for the Southern District of California, discharge of stakeholder GALIC in the interpleader action, and GALIC's recovery of attorneys' fees.

The Parties' joint motion is and will be based on this notice of motion and motion, on the memorandum of points and authorities filed concurrently herewith, on the papers and pleadings on file herein, and on any such other matters as may be presented to the Court in conjunction with this motion and/or at any hearing, if any, held on this motion.

Dated: _____, 2008

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By: _____
Mitchell J. Popham
Kelly S. Sinner
Attorneys for Plaintiff GREAT AMERICAN LIFE INSURANCE COMPANY

Dated: June 20, 2008

HIGGS, FLETCHER & MACK LLP

By: _____
David R. Clark
Attorneys for Defendants MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK