```
                                    FILED
                              2008 JUL -3  AM 8:51
                              CLERK US D...
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARJORIE ANN BROCK, an individual; MARJORIE ANN BROCK, as trustee of the BROCK FAMILY TRUST OF 1989; MARJORIE ANN BROCK, as trustee of the MILON L. BROCK AND MARJORIE ANN BROCK LIVING TRUST DATED DECEMBER 15, 2004; MARJORIE ANN BROCK, as executor of the ESTATE OF MILON LYLE BROCK; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | CASE NO. 08cv0291 WQH BLM<br><br>**ORDER ON THE JOINT MOTION OF PARTIES FOR DISBURSEMENT OF FUNDS, DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION, AND RECOVERY OF ATTORNEYS' FEES** |

　　　Having reviewed the Joint Motion of Plaintiff Great American Life Insurance Company ("GALIC") and Defendants Marjorie Ann Brock, an individual, Marjorie Ann Brock, in her capacity as Trustee for the Brock Family Trust of 1989, Marjorie Ann Brock, in her capacity as Trustee for the Milon L. Brock and Marjorie Ann Brock Living Trust dated December 15, 2004, Marjorie Ann Brock, in her capacity as Executor of the Estate of Milon Lyle Brock (collectively, "the Parties"), and finding good cause thereon, IT IS HEREBY ORDERED THAT:

///

///

1. That GALIC is entitled to recover $8,000.00 for its attorneys' fees and costs from the total death benefits of $1,022,751.43 already deposited with the Clerk of the United States District Court for the Southern District of California, leaving a principal balance of $1,014,751.43 on deposit with the Court and a concurrently undetermined amount of interest;

2. That Marjorie Ann Brock will receive principal balance of $1,014,751.43 on deposit with the Court and a concurrently undetermined amount of interest;

3. That the Clerk of the Court will disburse the sum of $8,000.00 to be made payable to the trust account of counsel for GALIC: LOCKE LORD BISSELL & LIDDELL LLP Attorney Client Trust Account, at 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, Attention: Mitchell J. Popham;

4. That the Clerk of the Court will disburse the principal balance of $1,014,751.43, as well as the interest accrued since the proceeds have been in the court's custody, to be made payable to the trust account of counsel for Marjorie Ann Brock: HIGGS, FLETCHER & MACK LLP Attorney Client Trust Account, at 401 West A Street, Suite 2600, San Diego, California 92101-7910, Attention: David R. Clark;

5. That, as per Local Rule 67.1, the Clerk of the United States District Court for the Southern District of California receive ten percent (10%) of the interest earned since the proceeds have been in the court's custody;

6. That the life insurance policy issued on the life of Milon L. Brock, GALIC Policy No. EM2126794 (the "Policy"), is considered to be and deemed surrendered and considered void and of no further legal effect;

7. That, pursuant to 28 U.S.C. § 2361, GALIC be discharged with prejudice from any further liability to any or all of the Defendants named herein under the allegations of the complaint, and/or any potential claimants to the death benefits under the Policy;

8. That GALIC be discharged and relieved of further responsibility in said action;

9. That Defendants named herein under the allegations of the complaint, and/or any potential claimants to the death benefits under the Policy be permanently enjoined from further assertion of any claims relating to the Policy or to the death benefits under the Policy deposited

1 | heretofore with the Clerk of the United States District Court for the Southern District of California;

2 |     10.    That the Interpleader Action shall be dismissed as to all Defendants, with prejudice;

3 |     11.    That the Parties waive any right to appeal or collaterally attack the actual judgment or

4 | prevent its enforcement; and

5 |     12.    That each Party will bear its own costs and fees incurred in connection with said

6 | action.

Dated: 7/1, 2008

Hon. William Q. Hayes
United States District Court Judge